```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 05858
   CHARLES H THOMAS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9286


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/02/2007 and was not confirmed.

    The case was dismissed without confirmation 09/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG         .00            .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED            .00            .00
PEOPLES GAS              UNSECURED       NOT FILED            .00            .00
IL DEPT OF PUBLIC AID    PRIORITY        NOT FILED            .00            .00
IL DEPT OF PUBLIC AID    PRIORITY        NOT FILED            .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE        .00             .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         11052.88           .00            .00
DRANIAS HARRINGTON WILSO DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                         2,694.35


        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,694.35

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                   2,694.35
                       ---------------       ---------------
TOTALS                  2,694.35                2,694.35
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/03/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```